UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MCNIDEREA PETTWAY                    JURY TRIAL DEMANDED

v.                                   CASE NO.  3:10cv

I.C. SYSTEM, INC.

COMPLAINT

1.      This is an action pursuant to the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §1692 et seq., the Consumer Collection Agency Act, Conn. Gen. Stat. § 36a-800 and regulations issued thereunder, and the Connecticut Unfair Trade Practices Act ("CUTPA"), Conn. Gen. Stat. §42-110a.

2.      This Court has jurisdiction.  15 U.S.C. §1692k and 28 U.S.C. §1331 and §1367.

3.      Plaintiff is a natural person and a consumer within the FDCPA, who resides in Connecticut.

4.      The Defendant is licensed as a Consumer Collection Agency by the State of Connecticut, Department of Banking.

5.      The defendant uses the mails in a business the principal purpose of which is collection of consumer debt.

6.      Defendant attempted to collect a personal account allegedly owing to Bank of America.

7.      Defendant sought to collect from plaintiff a Principal Balance of $238.04 and Additional Charges Owed of $265.96 by letter dated August 3, 2010.

8.      Defendant had not charged any collection fee to Bank of America.

9.      Plaintiff requested defendant to itemize the charges and provide the contractual basis on September 4 and September 16, 2010.

10.     Defendant failed or refused to explain the Additional Charges.

11.     As of September 4, 2010, defendant had no information as to the basis for the Additional Charges.

12.     Plaintiff requested itemization again on November 9 and November 29, 2010.

13.     Defendant was still unable to provide itemization.

14.     Upon information and belief, the Additional Charges amount was neither expressly authorized by the agreement nor permitted by law.

SECOND COUNT

15. The allegations of the First Count are repeated and realleged.

16.     Within three years prior to the date of this action, Defendant committed unfair or deceptive acts or practices in collection efforts within the meaning of the CUTPA, causing ascertainable loss to plaintiff.

WHEREFORE plaintiff respectfully requests this Court to:

   1.  Award plaintiff such damages as are permitted by law, including compensatory and punitive, including $1,000 statutory damages under the FDCPA.

   2.  Award the plaintiff costs of suit and a reasonable attorney's fee;

   3.  Award declaratory and injunctive relief and such other and further relief as law or equity may provide.

                              THE PLAINTIFF

                              *Joanne S. Faulkner*

                              BY_____/s/ Joanne S. Faulkner___
                              JOANNE S. FAULKNER ct04137
                                    123 Avon Street
                                    New Haven, CT 06511-2422
                                    (203) 772-0395
                                    faulknerlawoffice@snet.net